# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHBURN, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01169-JLT-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 12, 14) |

Anthony Barker ("Plaintiff"), proceeding *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff initially entered this action as a *pro se* litigant. On November 19, 2021, the Court screened the complaint, found it failed to state a cognizable claim, and afforded Plaintiff thirty days to file an amended complaint. (ECF No. 11.) Following the failure of Plaintiff to file an amended complaint, on December 22, 2021, the Court issued findings and recommendations recommending that this action be dismissed for failure to state a claim and failure to prosecute. (ECF No. 12.)

On January 23, 2022, Plaintiff's counsel entered an appearance in this action and filed what is entitled a stipulation to waive objections to the findings and recommendations and allow thirty days for Plaintiff to file a first amended complaint. (ECF No. 14.) While no defendants have joined the filing and thus not a stipulation between the parties, Plaintiff, through the filing, now requests that given he has now retained counsel as of January 10, 2022, that the Court allow

1

thirty days to file an amended complaint. The Court finds good cause to grant the request based on counsel's recent entrance into this action, and because no defendants have been served or appeared.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 22, 2021 (ECF No. 12) are VACATED; and
2. Plaintiff shall file a first amended complaint within thirty (30) days of this order.

IT IS SO ORDERED.

Dated:   **January 24, 2022**                        _____
                                                       UNITED STATES MAGISTRATE JUDGE