# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>          Plaintiff,<br><br>     v.<br><br>WASHBURN, et al.,<br><br>          Defendants. | Case No. 1:21-cv-01169-JLT-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF No. 17) |

Anthony Barker ("Plaintiff"), proceeding *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff initially entered this action as a *pro se* litigant. On November 19, 2021, the Court screened the complaint, found it failed to state a cognizable claim, and afforded Plaintiff thirty days to file an amended complaint. (ECF No. 11.) Following the failure of Plaintiff to file an amended complaint, on December 22, 2021, the Court issued findings and recommendations recommending that this action be dismissed for failure to state a claim and failure to prosecute. (ECF No. 12.) On January 23, 2022, Plaintiff's counsel entered an appearance in this action and filed what was entitled a stipulation to waive objections to the findings and recommendations and allow thirty days for Plaintiff to file a first amended complaint. (ECF No. 14.) On January 24, 2022, the Court vacated the December 22, 2021 findings and recommendations, and granted Plaintiff thirty (30) days to file an amended complaint. (ECF No. 15.) On February 22, 2022, Plaintiff filed a first amended complaint.

1

(ECF No. 17.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to issue summonses as to the Defendants named in the first amended complaint filed on February 22, 2022 (ECF No. 17), and new case documents; and

2. The United States Marshal is DIRECTED to serve a copy of the complaint and summonses on the Defendants, if requested by the Plaintiff.

IT IS SO ORDERED.

Dated:   **February 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2