# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY MATTHEW WASHBURN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01169-JLT-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 22, 24) |

On August 1, 2021, Anthony Barker ("Plaintiff"), proceeding *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff initially entered this action as a *pro se* litigant. On November 19, 2021, the Court screened the complaint, found it failed to state a cognizable claim, and afforded Plaintiff thirty days to file an amended complaint. (ECF No. 11.) Following the failure of Plaintiff to file an amended complaint, on December 22, 2021, the Court issued findings and recommendations recommending that this action be dismissed for failure to state a claim and failure to prosecute. (ECF No. 12.) On January 23, 2022, Plaintiff's counsel entered an appearance in this action and filed what was entitled a stipulation to waive objections to the findings and recommendations and allow thirty days for Plaintiff to file a first amended complaint. (ECF No. 14.) On January 24, 2022, the Court vacated the December 22, 2021 findings and recommendations, and granted Plaintiff thirty (30) days to file an amended complaint. (ECF No. 15.) On February 22, 2022, Plaintiff filed a first

amended complaint. (ECF No. 17.) A scheduling conference is set for May 31, 2022. (ECF Nos. 21, 22.) On April 27, 2022, Defendants filed an answer. (ECF No. 23.)

On May 20, 2022, the parties filed a stipulated motion requesting the scheduling conference be continued until a date in September of 2020. (ECF No. 24.) The parties proffer that on May 11, 2022, the parties met and conferred via telephone and email; counsel for Plaintiff has recently lost his father and is on bereavement leave; all parties agree this case is "in its infancy"; and all parties agree continuing the scheduling conference until September would cause no parties prejudice. The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties stipulated motion to continue the scheduling conference (ECF No. 24) is GRANTED;
2. The scheduling conference currently set for May 31, 2022, is CONTINUED to September 13, 2022, at 11:00 a.m. in Courtroom 9; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **May 20, 2022**

UNITED STATES MAGISTRATE JUDGE