# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>OUNTY OF KINGS, a public entity; SHERIFF DAVID ROBINSON, in his individual and official capacity, DEPUTY MATTHEW WASHBURN, in his individual and official capacity, DEPUTY DANIEL CARRASCO in his individual and official capacity, and DEPUTY JOSHUA CHAVEZ, in his individual and official capacity, and DOES 1-50 inclusive, Jointly and Severally,<br><br>　　　　　Defendants. | Case No.: # 1:21-cv-01169-JLT-SAB<br>Assigned to The Honorable Stanley A. Boone, and to the Honorable Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE COURT'S SCHEDULING ORDER**<br><br><br>(Doc. 36) |

On August 30, 2024, the Parties filed a stipulation to continue the Pre-trial scheduling order for the parties to continue to the Trial submission deadlines but not the trial date. (Doc. 36). The parties explain that an extension of time is necessary to allow the partis to complete meaningful settlement discussions that have been ongoing in an attempt to resolve the matter before trial and without incurring additional attorney's fees and costs. The Parties agree that an additional 14 days is necessary to complete the settlement discussions and acquire consent from

their respective clients. The parties are not requesting a continued trial date.

Considering the parties' stipulation and good cause appearing, the request to continue the pre-trial submission deadlines is **GRANTED IN PART**. The Court's Pre-Trial Scheduling Order is modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Motions *in Limine* Filing | September 3, 2024 | September 17, 2024 |
| Oppositions to motions in limine | September 13, 2024 | September 23, 2024 |
| Proposed Jury Instructions Conference | September 10, 2024 | September 20, 2024 |
| Agreed upon or disputed Jury Instructions and Verdict Forms | September 24, 2024 | September 27, 2024 |

IT IS SO ORDERED.

Dated:   **August 30, 2024**

UNITED STATES DISTRICT JUDGE

2