# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW WASHBURN, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01169-JLT-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 40)<br><br>**FORTY-FIVE DAY DEADLINE** |

On September 13, 2024, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action. (ECF No. 40.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **forty-five (45) days** of entry of this order.

IT IS SO ORDERED.

Dated: __September 13, 2024__

UNITED STATES MAGISTRATE JUDGE

1