# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW WASHBURN et al.,<br><br>    Defendants. | Case No. 1:21-cv-01169-JLT-SAB<br><br>ORDER GRANTING 14-DAY EXTENSION TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 42)<br><br>**NOVEMBER 12, 2024 DEADLINE** |

On September 13, 2024, the parties filed a notice of settlement (ECF No. 40), and accordingly, the Court vacated all pending matters and ordered the parties to file dispositional documents within 45 days of entry of the Court's order. (ECF No. 41.) On October 28, 2024, Defendants filed a status report, wherein they inform the Court that the settlement agreement requires one more signature and request a 14-day extension to file dispositional documents. (ECF No. 42.) For good cause shown, the Court HEREBY GRANTS the request. L.R. 160(b). The parties shall have through November 12, 2024, to file dispositional documents.

IT IS SO ORDERED.

Dated: __October 29, 2024__

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28